Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 22, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 22, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01420-CV

____________

 

IN RE IVO NABELEK, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 22, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  Relator seeks an
out-of-time appeal of his convictions in trial court cause numbers 657,516 and
657,518.  The proper procedure for
obtaining such relief is under Tex. Code Crim. Proc. Ann. art. 11.07
(Vernon Supp. 2003).

We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed January 22, 2004.

Panel consists of
Justices Yates, Hudson, and Fowler.